■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

Ron Reel, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Pesce, J.), rendered October 4, 1986, convicting him of burglary in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is reversed, as a matter of discretion in the interest of justice, and a new trial is ordered *(see, People v Jackson,* 143 AD2d 363). Mangano, J. P., Lawrence, Spatt and Harwood, JJ., concur.